

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00690-CV

**IN RE C.L.**

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Irene Rios, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: October 30, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On October 10, 2024, relator filed a petition for a writ of mandamus. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8. Relator's emergency motion for stay is also DENIED.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2020-CI-16242, styled *In the Interest of T.S.A. and T.G.A (Children)*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Benjamin Robertson presiding.